# Court of Appeals of the State of Georgia

ATLANTA,  December 16, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0659. MIXDEITY, LLC v. 575 BOULEVARD, LLC.

This case began as a dispossessory proceeding in magistrate court. In April 2021, the magistrate court issued a writ of possession in favor of landlord 575 Boulevard, LLC. Tenant MixDiety, LLC[1] appealed to the superior court. Following a bench trial, the superior court issued judgment in favor of 575 Boulevard, and MixDiety filed this appeal. 575 Boulevard has filed a motion to dismiss, arguing that the appeal should have been brought by discretionary application. We agree.

An application for appeal is required when the "underlying subject matter" is listed in OCGA § 5-6-35 (a), and "the discretionary application procedure must be followed, even when the party is appealing a judgment or order that is procedurally subject to a direct appeal under OCGA § 5-6-34 (a)." *Rebich v. Miles*, 264 Ga. 467, 468 (448 SE2d 192) (1994). Moreover, "[c]ompliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). MixDiety's failure to file a discretionary application deprives us of jurisdiction over this direct appeal.

---

[1] Although many of the lower courts' records refer to the tenant as MixDiety, LLC, the tenant's actual name appears to be MixDiety Media, LLC.

Accordingly, the motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   12/16/2021          *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*